NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. DITZLER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF TRANSPORTATION,**
*Intervenor.*

---

2010-3148

---

Petition for review of the Merit Systems Protection Board in case no. AT3330100136-I-1.

---

ON MOTION

---

## ORDER

Upon consideration of the unopposed motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Transportation to intervene,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

__SEP 1 6 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Norman H. Jackman, Esq.
     Jessica R. Toplin, Esq.
     Jeffrey Gauger, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK